IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) <br> LIABILITY LITIGATION (NO. VI) ) <br> ) <br> ──────────────────────────── ) MDL 875 <br> ) <br> This Document Relates to United States ) <br> District Court for Maryland ) <br> ) 88-1642 <br> (See Attachment A) ) <br> ) <br> ──────────────────────────── ) | |

AUG 14 2000

AND NOW, this 11th day of August, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: 8/11/00

_____
Charles R. Weiner